

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-14-00050-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11075
Honorable Dick Alcala, Judge Presiding

# O R D E R

On June 11, 2015, Appellant's counsel filed a motion for extension of time seeking an additional seven days to file his reply brief. On June 22, 2015, Appellant's reply brief was filed. Appellant's motion for extension of time is **GRANTED** and the reply brief is deemed timely filed as of June 22, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court